**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| DOMINIQUE D. COLEMAN.,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WISCONSIN and DANE COUNTY SHERIFF DEPARTMENT,<br><br>Defendants. | Case No. 26-CV-1708-JPS<br><br>**ORDER** |

Plaintiff Dominique D. Coleman, a former prisoner, filed a pro se complaint under 42 U.S.C. § 1983 alleging that his constitutional rights were violated. ECF No. 1. On November 3, 2026, Magistrate Judge Nancy Joseph issued a report and recommendation to this Court that this action be dismissed without prejudice for Plaintiff's failure to pay the initial partial filing fee. ECF No. 8. The time for objecting to the recommendation has passed and no objection has been received. *See* Fed. R. Civ. P. 72; Gen. L.R. 72(c).

The Court has considered the recommendation and, in light of its agreement with Magistrate Judge Joseph's analysis and without objection from Plaintiff, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's report and recommendation, ECF No. 8, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this case be and the same is hereby **DISMISSED without prejudice** for the failure to pay the initial partial filing fee.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 23rd day of November, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge